United States Courts
Southern District of Texas
FILED

OCT 01 2026

Nathan Ochsner, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DEVAN PLUMMER, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. ____________ |
| | § | |
| HARTFORD LIFE AND ACCIDENT | § | |
| INSURANCE COMPANY; PEOPLE | § | |
| INCORPORATED, f/k/a IAC Inc. and | § | |
| IAC/InterActiveCorp; ANGI INC.; and | § | |
| IAC/INTERACTIVECORP HEALTH | | |
| AND | § | |
| WELFARE BENEFIT PLAN, | § | |
| Defendants. | § | |

## PLAINTIFF'S INDEX OF EXHIBITS TO ORIGINAL COMPLAINT

Plaintiff identifies the following exhibits to his Original Complaint. Each is the instrument as produced by the party named, without alteration. Exhibit numbers are those cited in the Complaint; new exhibits continue the numbering. Parts A through E are attached in the order listed. Part F is filed electronically, by Notice of Filing Exhibits, upon the Court's order granting Plaintiff's Motion for Permission to File Electronically, filed with this Complaint.

**PAPERS FILED WITH THE COMPLAINT (docketed separately; listed here in the order filed)**

| Ex. | Instrument | Source, as produced | Pages |
|---|---|---|---|
| — | Plaintiff's Original Complaint | Pleading | 32 |
| — | Plaintiff's Motion for Permission to File Electronically, with proposed order | Motion | 4 |
| — | Plaintiff's Statement of Inability to Afford Court Costs | Statement | as filed |
| — | Application to Proceed in District Court Without Prepaying Fees or Costs (Form AO 240) | Application | as filed |
| — | Plaintiff's Motion for Service of Process by the United States Marshal, with proposed order | Motion | 4 |
| — | Plaintiff's Motion for Appointment of Counsel; Declaration of Devan Plummer in support; proposed order | Motion | as filed |
| — | Plaintiff's Motion for Leave to Serve Early Discovery under Rule 26(d)(1), with proposed order | Motion | 3 |

**DISCOVERY LODGED WITH THE COMPLAINT (to be served on leave of Court or after the Rule 26(f) conference)**

| Ex. | Instrument | Source, as produced | Pages |
|---|---|---|---|
| — | Plaintiff's First Request for Production to People Incorporated — Plan 502 (Rule 34), fifteen requests | Request | 4 |
| — | Plaintiff's First Request for Production to Angi Inc. (Rule 34), sixteen requests, including Rule 34(a)(1) read-only access to the Salesforce organization | Request | 5 |
| — | Plaintiff's First Request for Production to Hartford Life and Accident Insurance Company (Rule 34), ten requests | Request | 4 |
| — | Subpoenas Duces Tecum to non-parties — issuance sheet for all six subpoenas, with Attachments A for bswift, LLC; New York Life Group Benefit Solutions; and DocuSign, Inc. | Subpoenas | 6 |
| — | Notice of Intent to Serve Subpoenas under Rule 45(a)(4) | Notice | 2 |
| — | Subpoena Duces Tecum — Salesforce, Inc., Attachment A | Subpoena | 2 |
| — | Subpoena Duces Tecum — Slack Technologies, LLC, Attachment A | Subpoena | 2 |

**A. Open-enrollment materials**

| Ex. | Instrument | Source, as produced | Pages |
|---|---|---|---|
| 13, 14 | 2024 Angi Benefits Guide and 2025 Angi Benefits Guide (open enrollment), the latter including p. 22 Summary of Material Modifications statement — one document | 2024_Benefits_GuideAngi.pdf; 2025_Benefits_GuideAngi.pdf | 50 |

**B. The IAC documents, as mailed to Plaintiff (Colleen Bowman, letter 11 June 2026, shipped 19 June 2026)**

| Ex. | Instrument | Source, as produced | Pages |
|---|---|---|---|
| 8 | Amendatory Rider (715245) 9.0 to LTD Policy GLT-715245, front and back, DocuSign envelope 2DDAA299... — accepted for the policyholder 2/10/2025 | IacFILESRIDER_.pdf p. 1 | 2 |
| 1 | Summary Plan Description and IAC/InterActiveCorp Short Term Disability Income Plan, SHY-800561 — Class 1 employees and Class 2 employees | STD Plan Document.PDF | 17, 17, 17 |
| 26 | Amendment to the IAC Health and Welfare Benefit Plan (Kristi Marckese, DOC ID 46048337.1), effective April 7, 2024 | As mailed | as mailed |
| 27 | IAC ASO Short Term Disability — Hourly Home Advisor Sales — 1.1.23 (2023 version; class "hourly home advisor sales and commissioned employees"; Pre-disability Earnings including commissions) | IacFILESRIDER_.pdf, tab p. 36 | as mailed |
| 3 | IAC ASO Short Term Disability — Hourly Home Advisor Sales — 1.1.25, form ASO-STD 3.07 (2025 version; benefits "in effect as of January 1, 2025"; not counting commissions) | IacFILESRIDER_.pdf, tab pp. 55–56; also sent by Angi HR Leave Team 30 April 2026 | as mailed |
| 28 | Summary Plan Description, IAC/InterActiveCorp Short Term Disability Plan, stated effective January 1, 2023 (Kristi Marckese; unsigned) | As mailed | 16 |
| 12 | IAC/InterActiveCorp Health and Welfare Wrap Plan Summary Plan Description for Employees, amended and restated effective January 1, 2023 (DOC ID 22152144.2) | As mailed | as mailed |
| 29 | IAC Inc. Summary Plan Description stated effective January 1, 2026, § VIII ("Your Employer has assigned Plan Number 501 to your Plan … originally effective on January 1, 2011"), with its page 4 (Plan 502, EIN 59-2712887) | As mailed | as mailed |
| 30 | Attachment 11 — spending-accounts forms (Inspira Financial), as included in the mailed set | As mailed | as mailed |

| | | | |
|---|---|---|---|
| 5 | IAC Long Term Disability — Hourly Home Advisor Sales, 2023 version, certificate GLT 4.02, Version February 2023, including Commissions | IacFILESRIDER_.pdf; also sent by Angi HR Leave Team 30 April 2026 | 40 |
| 6 | IAC Long Term Disability — Hourly Home Advisor Sales — 1.1.25, certificate GLT 4.05, Version February 2025, Policy Effective Date stated January 1, 2023, not counting commissions | IacFILESRIDER_.pdf; also sent by Angi HR Leave Team 11 May 2026 | 40 |

**C. Hartford's productions (Kristin Bensch, uploads of 9 April 2026)**

| Ex. | Instrument | Source, as produced | Pages |
|---|---|---|---|
| 9 | Amendatory Rider (715245) 10.01, effective January 1, 2025 — hourly home advisor sales employees; policyholder acceptance blank | IAC - LTD Rider - Removal of Commissions - Angi Sales - 2025 (1)__v3.pdf | 2 |
| 2 | STD booklet ASO-STD 3.06, IAC Interactive Corp., including commissions, labeled by Hartford "11/01/2024 STD Policy" — carrying at its end a "Sources of Contributions" statement that "the employer pays the premium for the insurance" | STD Policy DCN 260409011542 | 21 |
| 4 | STD booklet ASO-STD 3.08, IAC, Inc., effective January 1, 2025 | requested forms (2).pdf (DCN 260409010294) | 21 |
| 7 | LTD certificate GLT 4.06, Version August 2025, IAC, Inc. | requested forms (5).pdf (DCN 260409010074) | 41 |
| 31 | The remaining long-term disability items in the same Hartford upload set, three documents, as labeled by Hartford | requested forms, as produced (DCN on each) | as prod uced |

**D. Angi's productions (HR Leave Team, Tessa Sances, 30 April and 11 May 2026)**

| Ex. | Instrument | Source, as produced | Pages |
|---|---|---|---|
| 3 | STD certificate of coverage ASO-STD 3.07, as sent 30 April 2026 — page 8 missing from the copy produced | IAC - STD COC - Sales Employees - 2025__v2.pdf | 20 |
| 32 | IAC ASO STD Plan — Hourly Home Advisor Sales and Commission, as sent 11 May 2026 | As sent by Angi HR Leave Team | as sent |
| 6 | LTD certificate GLT 4.05, Version February 2025, Policy Effective Date stated January 1, 2023 — second copy, as sent 11 May 2026 | IAC Interactive Corp. - LTD 4 Hourly Home Advisor Sales - 1.1.25 (Tessa 2026-05-11).pdf | 40 |
| 5 | LTD certificate GLT 4.02, Version February 2023 — second copy, as sent 30 April 2026 | IAC - LTD Policy - Angi Sales__v2.pdf | 40 |

**E. Claim handling record**

| Ex. | Instrument | Source, as produced | Pages |
|---|---|---|---|
| 52 | Honor — Personal Statement of Devan X. Plummer, June 29, 2026, sent with Plaintiff's transmittal to Angi leadership of the same date | Honor_Statement_Plummer_2026-06-29.pdf | 1 |
| 33 | Claim activity log, line by line, compiled from Hartford's Central Note System exports (claims 47961961, 52734547, 55930379) | Compiled by Plaintiff from Hartford exports | 5 |
| 34 | Violations matrix (Memorandum § 7) | Prepared by Plaintiff | 2 |
| 35 | Record of the appeal call with Hartford appeals analyst Matthew Shimko (Memorandum § 5) | Prepared by Plaintiff | as filed |
| 36 | Communications with Hartford's Kristin Bensch — call and text printout | As printed | as printed |
| 37 | Notice of Correction Required, sent June 23, 2026 to Hartford and to Angi, with attachment "Correct look-back periods for pre-disability earnings basis" | As sent | 4 |
| 38 | Hartford claim letters: May 18, 2026; June 1, 2026; August 6, 2026 (mailed) | As received | as recei ved |
| 39 | Intermittent-leave response completed for Hartford by Cristina I. Garcia, MD, pages 1–4 (medical detail redacted) | As produced | 4 |

| | | | |
|---|---|---|---|
| 40 | Mental Health Attending Physician's Statement completed by Cristina I. Garcia, MD (medical detail redacted) | As produced | as prod uced |
| 41 | Plaintiff's notice to company executives, May 28, 2026 — that the documents produced were false, misrepresented, and contrary to company policy, and that Plan No. 502 had not been produced — with the position description attached | executivenotification.pdf | 5 |
| 25 | June 2023 leave — the employer's own record of the disability: Angi Non-FMLA Certification of Health Care Provider and Reasonable Accommodation Request Form completed by Joyce M. Thomas, MD, Tampa General Medical Group, faxed June 30, 2023 (condition commenced 06/18/2023; probable duration "Lifelong"), with the position description; Angi eligibility notice June 23, 2023 and leave designation notice July 5, 2023 (Case 1154997461); Attending Physician's Statement of Joyce M. Thomas, MD, faxed to Hartford July 3, 2023; Hartford's approval of STD claim 39832006, July 10, 2023 ("Your disability start date: 06/23/2023"); and the letters of Joyce M. Thomas, MD, Tampa General Medical Group, dated October 18, 2022, describing Plaintiff's chronic conditions and ongoing specialist care (medical detail redacted) | ANGI FMLA FORM FAXED 6_30_23 (1).TIF; Gmail__Eligibili ty_Rights_and_Responsibilities... 1154997461.PDF; Gmail__Design ation_Notice_Leave_Approved...1 154997461.PDF; 3983200607032023164754.pdf; Letter 712762036-1.pdf; Tampa General Medical Group Trinity.pdf | as printed |
| 50 | April 2024 leave — certification of health care provider completed by Plaintiff's treating physician for the leave beginning April 26, 2024 (probable duration stated as lifelong); Angi leave designation notice, Case 1097254702, April 30, 2024; and the May 13–14, 2024 return-to-work confirmation with the Fitness for Duty request (medical detail redacted) | Certification, as completed; Gmail - Designation Notice Leave Approved - Case 1097254702.pdf; rtw5202024.pdf | as printed |
| 42 | Certification of Health Care Provider for Employee's Serious Health Condition (Form WH-380-E), certification requested April 1, 2025, due April 16, 2025 (medical detail redacted) | Devan_Plummer__I_1.PDF | 4 |
| 43 | Medical Assessment of Functionality, Capacity and Work Restrictions — Comprehensive Medical Functional Capacity Evaluation Summary, completed by Plaintiff's treating physician (medical detail redacted) | As completed by the treating physician | as held |
| 44 | Functional Capacity Assessment and Occupational Limitations, completed by Plaintiff's treating physician (medical detail redacted) | As completed by the treating physician | as held |
| 45 | Payroll correspondence: December 2024–January 2025 on tax withholding from disability payments (Kristian Moore, January 9, 2025); April 13, 2026 email from the Payroll Mailbox concerning claim 55930379 | Emails, as printed | as printed |
| 46 | Cocoon (Paulina Damec) email correspondence on the leave record | Emails, as printed | as printed |
| 47 | Plaintiff's email to Maria, Consumer Affairs Consultant, The Hartford | Email, as printed | as printed |
| 48 | Medical leave approval, June 2025 — recertification of the intermittent leave then in force (Cocoon / Angi HR Leave Team) | Email, as printed | as printed |
| 49 | Fitness for Duty Certification Request (Angi leave form) | Fitness for Duty Certification Request.pdf | as held |

**F. Filed electronically upon the Court's order on the Motion for Permission to File Electronically**

| Ex. | Instrument | Source, as produced | Pages |
|---|---|---|---|
| 10 | Leave of Absence Pay Form, 11/1/2024–12/31/2024 (HR Leave Team), commission-inclusive rate — in Hartford's claim file | Devan_Plummer_-_LOA_Pay_For m_-_11_1_24_to_12_31_24.xlsx | 3 |
| 11 | Timesheet history workbook, 1/1/2025–3/6/2026 (Kristian Moore, 6 March 2026), with revised pay form | Devan_Plummer_-_Timesheet_His tory_1_1_2025-3_6_2026.xlsx | 14 |

| | | | |
|---|---|---|---|
| 15 | Plaintiff's written notice to Angi Payroll and the HR Leave Team, December 2024, that the earnings figure used for his disability benefit was incorrect | proof_f_holiday.pdf; Gmail__Access_to_UKG.PDF | 4 |
| 16 | Angi Payroll (Lyndsey Sherer) email of December 12, 2025 on the earnings included in the calculation | Gmail__Devan___your_employer_has_approved_your_request.PDF | 13 |
| 17 | Angi HR Leave Team (Tessa Sances) emails of April 29, April 30, May 1, May 11, and May 22, 2026, with attachment listings | Emails, as printed | as printed |
| 18 | Hartford claim notes, claims 47961961 and 55930379, including the December 8, 2024 entry recording earnings of $36,000 "per feed" and the appeal note "ER prov'd PDE amount per Feed as not to include commissions" (excerpts; medical content and date of birth redacted) | 47961961_CNS_Notes.pdf; 55930379 View All Tasks pp. 22, 274 | as printed |
| 19 | Angi HR Leave Team emails to Hartford of April 10 and April 13, 2026, from the claim file | Hartford claim file, as produced | as printed |
| 20 | Angi accommodation acknowledgment and provisional approval, January 13, 2025 (Case 1621804117), with the email exchange that followed with the HR Leave Team (Tessa Sances), April 13–17, 2026; and "Your Workplace Accommodation Has Been Approved!", HR Leave Team, April 10, 2025, 7:00 AM — reiterating the approval after the Corrective Action Plan (CAP) and Performance Enhancement Plan (PEP) | January_acknowledged_Ada_accomodations.pdf; Gmail__Your_Workplace_Accommodation_Has_Been_Approved.PDF | 3 |
| 21 | Accommodation Request Form completed by Plaintiff's treating physician, January 2025 (medical detail redacted) | D Plummer - AccommodationRequestForm - 1.14.25.pdf | as printed |
| 22 | Angi Inc. Sales Consultant Commission Plan, effective February 26, 2024 (Chris Herr), with the forfeiture clause under "Terminations / Demotions / Promotions" | Sales Consultant Commission Plan 2024.02.26.pdf | 10 |
| 23 | Ads Sales Consultant Plan, January 29, 2024 — the plan replaced on February 26, 2024; Ads Sales Consultant New Hire Pilot SPIFF, effective January 2, 2023; and the 2025 commission plans — leave-of-absence provisions | Ads Sales Consultant Plan 2024.01.29.pdf; Ads Sales Consultant New Hire Pilot SPIFF 2023.01.02.pdf; Inside Sales Representative Commission Plan 2025.02.10.pdf and 2025.03.24.pdf | as printed |
| 51 | Angi Sales Policy, update effective March 1, 2024 (deal ownership, reassignment and grab-bag rules), with the version it replaced, update effective February 22, 2023 | Sales Policy 3.1.2024 update.pdf; Sales Policy 2.22.2023 update.pdf | 56 |

Dated: September 30, 2026

[signature]

Devan Plummer
Plaintiff, pro se
3315 Clover Trace Drive
Spring, Texas 77386
(281) 683-8854
devanplummer1@gmail.com