United States Courts
Southern District of Texas
FILED

OCT 01 2026

Nathan Ochsner, Clerk of Court

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| DEVAN PLUMMER, Plaintiff, | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | |
| HARTFORD LIFE AND ACCIDENT | § | |
| INSURANCE COMPANY; | § | |
| PEOPLE INCORPORATED, f/k/a | § | |
| IAC Inc. and IAC/InterActiveCorp; | § | |
| and ANGI INC., | § | |
| Defendants. | § | |

## PLAINTIFF'S MOTION FOR PERMISSION TO FILE ELECTRONICALLY

Plaintiff Devan Plummer, who represents himself and is not incarcerated, moves for permission to file documents electronically in this case through the Court's Case Management/Electronic Case Filing (CM/ECF) system and to receive notices of electronic filing by e-mail, and states:

1. A self-represented party who is not incarcerated may file electronically in this Court only if the presiding judge grants permission, on a motion submitted on paper. Fed. R. Civ. P. 5(d)(3)(B)(i); United States District Court for the Southern District of Texas, *Case Management/Electronic Case Filing (CM/ECF) System*, Steps 1 through 4 (self-represented litigants). This motion is submitted on paper for that purpose.

2. Plaintiff meets each of the Court's eligibility and technical requirements. He is a party to this pending case; he is not incarcerated; and he is self-represented. He has daily access to an e-mail account, devanplummer1@gmail.com, at which he can receive notices from the Court; a computer with internet access; the ability to scan paper documents into PDF format; word-processing software; software that reads PDF files and converts word-processing documents into PDF format; and access to a printer and copier for any paper copies the Court or a party requires.

3. Plaintiff will register for a PACER account and complete the Court's non-attorney electronic-filing registration for this case promptly upon entry of an order granting this motion, will keep his e-mail address current with the Clerk, and will comply with the Court's Administrative Procedures for Electronic Filing. He consents to service by the Court's Notice of Electronic Filing under Fed. R. Civ. P. 5(b)(2)(E).

4. This case turns on written instruments. The exhibits to Plaintiff's complaint alone are 213 pages, and the case will be litigated on plan documents, policy certificates, riders, and an administrative record that Plaintiff must file and cite. Without electronic access, every one of those filings requires printing and delivering paper copies to the Clerk at 515 Rusk Street, Houston, and mailing paper copies to each of the three Defendants. Plaintiff's condition, as pleaded in the complaint, makes the repeated assembly and delivery of paper copies a hardship.

5. Granting this motion will relieve Plaintiff of the need to file paper copies of his exhibits and of his subsequent papers with the Clerk, and of the need to mail paper copies of each filing to every Defendant, because a document filed through CM/ECF is docketed on filing and is served on every registered party by the Notice of Electronic Filing. Fed. R. Civ. P. 5(b)(2)(E). It will also give Plaintiff same-day notice of every order and filing in the case.

6. Plaintiff therefore asks the Court to enter the accompanying proposed order granting him permission to file electronically in this case and to receive notices of electronic filing by e-mail; directing the Clerk to provide electronic-filing access upon his PACER registration; and providing that documents Plaintiff files electronically need not also be filed in paper form unless the Court directs otherwise.

Dated: September 30, 2026

Respectfully submitted,

Devan Plummer
Plaintiff, pro se
3315 Clover Trace Drive
Spring, Texas 77386
(281) 683-8854
devanplummer1@gmail.com

**STATEMENT REGARDING CONFERENCE**

No Defendant has been served or has appeared in this case, and Plaintiff therefore has not been able to confer with any Defendant about this motion. Plaintiff will advise the Court promptly if any Defendant states a position on the motion after appearing.

**CERTIFICATE OF SERVICE**

No Defendant has been served or has appeared in this case. A copy of this motion and its proposed order will be served on each Defendant together with the summons and complaint under Fed. R. Civ. P. 4.

Respectfully submitted,

Devan Plummer
Plaintiff, pro se
3315 Clover Trace Drive
Spring, Texas 77386
(281) 683-8854
devanplummer1@gmail.com