**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Devan Plummer, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil No. 4:26-cv-8662 |
| | § | |
| Hartford Life And Accident Insurance Company, *et al.*, | § | |
| | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS**

Before the Court is Plaintiff's Motion to Proceed In Forma Pauperis. Doc. 2. Under 28 U.S.C. § 1915(a), a court "may authorize the commencement . . . of any civil suit . . . without prepayment of fees . . . by a person who submits an affidavit demonstrating inability to pay such fees." The Court finds that Plaintiff has submitted an affidavit in accordance with 28 U.S.C. § 1915(a). Accordingly, Plaintiff's Motion to Proceed In Forma Pauperis is GRANTED. The Court also GRANTS Plaintiff's Motion for Service by the United States Marshal. Doc. 5. Plaintiff must submit a summons and a form USM-285 for each defendant. The United States Marshal's service shall serve the Summons and a copy of the complaint on each Defendant. *Id.* Plaintiff's other Motions, *see* Docs. 3, 6, 7, 8, 10, 11, are DENIED.

**SO ORDERED.**

**SIGNED** at Houston, Texas, on the 2nd of November, 2026.

Nicholas J. Ganjei
United States District Judge